UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTIAN MACGREGOR,

    Defendant.

Case No. 15-cr-20093
Hon. Matthew F. Leitman

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 315)

On November 17, 2020, Defendant Christian MacGregor filed a motion for compassionate release. (*See* Mot. for Compassionate Release, ECF No. 315.) The Court thereafter appointed MacGregor counsel (*see* Order, ECF No. 317), and counsel filed a supplemental brief on MacGregor's behalf. (*See* MacGregor Supp. Br., ECF No. 321.)

The Court held a video hearing on MacGregor's motion on March 12, 2021. (*See* Notice of Hearing, ECF No. 326.) For the reasons explained on the record during the hearing, MacGregor's motion is **DENIED**.

    **IT IS SO ORDERED.**

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated: March 12, 2021

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 12, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
